IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONDIES FOODS INC,                                   No.  C 09-5674   VRW

            Plaintiff(s),                            **ORDER OF DISMISSAL**

    v.

POPLAR VILLAS, LLC,

            Defendant(s).
                                        /


        Having advised the court  that the parties have agreed to a settlement;   IT IS HEREBY
ORDERED that this cause of action be dismissed with prejudice,  provided, however, that if any
party hereto shall certify to this court, within ninety days, with proof of service of a copy thereof,
that the agreed consideration for said settlement has not been delivered over, the foregoing order
shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.


Dated: June 22,   2010



_____
VAUGHN R WALKER
UNITED STATES DISTRICT CHIEF JUDGE

United States District Court
For the Northern District of California