Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com

Attorneys for Plaintiff Condies Foods, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDIES FOODS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>POPLAR VILLAS, LLC dba ISIS AND SANFORD; POPLAR VILLAS, LLC dba ISIS FOOD; ISIS FOOD COMPANY; HUSSEIN TAWFIK; and DOES 1 through 10,<br><br>           Defendants. | CASE NO.  C09-05674 VRW<br><br>**STIPULATION REQUESTING THAT ORDER OF DISMISSAL BE VACATED** |

Plaintiff Condies Foods, Inc. ("Condies Foods") and Defendants Poplar Villas, LLC dba Isis and Sanford, Poplar Villas, LLC dba Isis Food, Isis Food Company, and Hussein Tawfik ("Defendants") stipulate and agree to the following:

1.     The parties settled this action at a mediation session on June 2, 2010; however, the paperwork necessary to effectuate the agreement was not completed until just recently.  In the meantime, however, on June 22, 2010, the court entered the following Order:

> "ORDER OF DISMISSAL.  Having advised the court that the parties have agreed to a settlement; IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice, provided, however, that if any party hereto shall certify to this court, within ninety days, with proof of service of a copy thereof that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause

STIP. REQUESTING THAT DISMISSAL BE VACATED – Case No. C09-05674 VRW – 1

shall forthwith be restored to the calendar to be set for trial."

2. Concurrently with the filing of this Stipulation, the parties have filed a Stipulation for Entry of Judgment; [Proposed] Order, Judgment, and Judgment in the Event of Default under the Stipulation, in which the parties propose a complete dismissal of the action, but with the Court retaining exclusive jurisdiction to enforce and interpret the Order and Judgment and the Stipulation for Entry of Judgment

3. Consequently, the parties respectfully request that the Court vacate its Order of Dismissal entered on June 22, 2010, and consider for approval the Stipulation for Entry of Judgment; [Proposed] Order, Judgment, and Judgment in the Event of Default, which is filed concurrently with this Stipulation.

**IT IS SO STIPULATED & AGREED:**

Date: July ___, 2010          RYNN & JANOWSKY, LLP

                              /s/ Marion I. Quesenbery
                              Marion I. Quesenbery

                              Attorneys for Plaintiff Condies Foods, Inc.

Date: July ___, 2010          KOUNS, QUINLIVAN & SEVERSON

                              _____
                              MICHAEL P. QUINLIVAN
                              KOUNS, QUINLIVAN & SEVERSON
                              Ten Almaden Blvd., Suite 1250
                              San Jose, CA 95113
                              Telephone: (408) 278-0125
                              Facsimile: (408) 292-1257
                              Email: kqslaw@aol.com
                              Attorneys for Defendants

                              Attorney for Defendants Poplar Villas, LLC dba Isis and Sanford, Poplar Villas, LLC dba Isis Food, Isis Food Company, and Hussein Tawfik

STIP. REQUESTING THAT DISMISSAL BE VACATED – Case No. C09-05674 VRW – 2

Jul 16 10 11:33a    Michael P. Quinlivan    (408) 292-1257    p.6

1. shall forthwith be restored to the calendar to be set for trial."

2. Concurrently with the filing of this Stipulation, the parties have filed a Stipulation for Entry of Judgment; [Proposed] Order, Judgment, and Judgment in the Event of Default under the Stipulation, in which the parties propose a complete dismissal of the action, but with the Court retaining exclusive jurisdiction to enforce and interpret the Order and Judgment and the Stipulation for Entry of Judgment

3. Consequently, the parties respectfully request that the Court vacate its Order of Dismissal entered on June 22, 2010, and consider for approval the Stipulation for Entry of Judgment; [Proposed] Order, Judgment, and Judgment in the Event of Default, which is filed concurrently with this Stipulation.

**IT IS SO STIPULATED & AGREED:**

Date: July ___, 2010                                 RYNN & JANOWSKY, LLP

/s/ Marion I. Quesenbery
Marion I. Quesenbery

Attorneys for Plaintiff Condies Foods, Inc.

Date: July 16, 2010                                  KOUNS, QUINLIVAN & SEVERSON

MICHAEL P. QUINLIVAN
KOUNS, QUINLIVAN & SEVERSON
Ten Almaden Blvd., Suite 1250
San Jose, CA 95113
Telephone: (408) 278-0125
Facsimile: (408) 292-1257
Email: kqslaw@aol.com
Attorneys for Defendants

Attorney for Defendants Poplar Villas, LLC dba Isis and Sanford, Poplar Villas, LLC dba Isis Food, Isis Food Company, and Hussein Tawfik

STIP. REQUESTING THAT DISMISSAL BE VACATED – Case No. C09-05674 VRW – 2

1 **IT IS SO ORDERED.**   The Order of Dismissal entered on June 22, 2010, is vacated.

     August 13, 2010
Date: ~~July ___, 2010~~



_____
U.S. District Judge Vaughn R. Walker